| | |
|---|---|
| 1 | Gary E. Davidson |
| | *Pro Hac Vice* |
| 2 | Diaz Reus & Targ LLP |
| | 3400 Miami Tower |
| 3 | 100 SE 2nd Street |
| | Miami, Florida 33131 |
| 4 | 305-375-9220 |
| | Gdavidson@diazreus.com |
| 5 | |
| | Doreen Spears Hartwell |
| 6 | Nevada Bar No. 7525 |
| | Hartwell Thalacker, Ltd. |
| 7 | 11920 Southern Highlands Pkwy. |
| | Suite 201 |
| 8 | Las Vegas, NV 89141 |
| | 702-850-1074 |
| 9 | Doreen@HartwellThalacker.com |

Attorneys for specially appearing Defendant Ortiz Machine Company, LLC d/b/a Ortiz Gaming

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DERSE, INC., a Wisconsin Corporation | Case No.: 2:18-cv-00192 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ON DEFENDANT'S DEADLINE TO FILE ANSWER TO COMPLAINT** |
| v. | |
| ORTIZ MACHINE COMPANY, LLC, d/b/a ORTIZ GAMING, a Florida limited liability company, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff DERSE, INC, and Defendant ORTIZ MACHINE COMPANY, LLC d/b/a ORTIZ GAMING, by and through their respective attorneys of record, as follows:

1. On April 9, 2018 Defendant filed a notice advising the Court it was withdrawing its Motion to Dismiss for Lack of Personal Jurisdiction [DE-20].

2. Accordingly, the Parties have agreed that Defendant will file its answer on or before April 19, 2018.

1

STIPULATION AND [PROPOSED] ORDER ON DEFENDANT'S DEADLINE TO FILE ANSWER

| | | |
|---|---|---|
|1| Dated: April 9, 2018 | Respectfully submitted, |

/s/*Gary E. Davidson*_____
Gary E. Davidson
*Pro Hac Vice*
Diaz Reus & Targ LLP
3400 Miami Tower
100 SE 2nd Street
Miami, Florida 33131
Gdavidson@diazreus.com

Doreen Spears Hartwell
Nevada Bar No. 7525
11920 Southern Highlands Pkwy.
Suite 201
Las Vegas, NV 89141
Doreen@HartwellThalacker.com
*Attorneys for Defendant*


*/s/Anne T. Freeland*_____
Anne T. Freeland
Nevada Bar No. 10777
MICHAEL BEST & FRIEDRICH, LLP
6995 Union Park Center, Suite 100
Salt Lake City, UT 84047
Telephone: (385) 695-6456
atfreeland@michaelbest.com

John T. Wendland
Nevada Bar No. 7207
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
Telephone: (702) 314-1905
jwendland@weildrage.com
*Attorneys for Plaintiff Derse, Inc*

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby Orders that:

1. Defendant ORTIZ MACHINE COMPANY, LLC d/b/a ORTIZ GAMING shall file its answer to the complaint on or before April 19, 2018.

IT IS SO ORDERED:

DATED: April 10, 2018                    _____
                                          UNITED STATES MAGISTRATE JUDGE