Thomas A. Janczewski
*Admitted under LR IA 11-2*
Anne T. Freeland
Nevada Bar No. 10777
MICHAEL BEST & FRIEDRICH, LLP
2750 E Cottonwood Pkwy., Suite 560
Cottonwood Heights, UT 84121
Telephone: (385) 695-6456
tajanczewski@michaelbest.com
atfreeland@michaelbest.com

John T. Wendland
Nevada Bar No. 7207
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
Telephone: (702) 314-1905
jwendland@weildrage.com

*Attorneys for Plaintiff Derse, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DERSE INC., a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>ORTIZ MACHINE COMPANY, LLC, d/b/a ORTIZ GAMING, a Florida limited liability company,<br><br>Defendant. | Case No: 2:18-cv-00192-JAD-CWH<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>ECF No. 36 |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Derse, Inc. and Defendant Ortiz Machine Company, LLC, by and through their counsel of record hereby stipulate to dismiss this action. The dismissal shall be with prejudice, except the parties stipulate that this Court will retain jurisdiction over this case to the extent the Court's assistance is required to enforce the parties' settlement agreement.

| | |
|---|---|
| DATED this 10th day of January, 2019. | DATED this 10th day of January, 2019. |
| DIAZ REUS & TARG LLP | MICHAEL BEST & FRIEDRICH, LLP |
| /s/ Gary E. Davidson<br>Gary E. Davidson<br>*Admitted under LR IA 11-2*<br>3400 Miami Tower<br>100 SE 2nd Street<br>Miami, Florida 33131<br>Gdavidson@diazreus.com<br><br>Doreen Spears Hartwell<br>Nevada Bar No. 7525<br>11920 Southern Highlands Pkwy., Suite 201<br>Las Vegas, NV 89141<br>Doreen@HartwellThalacker.com<br>*Attorneys for Defendant* | /s/ Anne T. Freeland<br>Anne T. Freeland<br>Nevada Bar No. 10777<br>2750 E Cottonwood Pkwy., Suite 560<br>Cottonwood Heights, UT 84121<br>Telephone: (385) 695-6456<br>atfreeland@michaelbest.com<br>*Attorneys for Plaintiff* |

## **ORDER**

Based on the parties' stipulation **[ECF No. 36]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 14, 2019